UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JASMINE TORO, on behalf of herself and all others similarly situated,

                             Plaintiffs,

         - against -

TMP INTERNATIONAL, LLC, and MCFARLANE COLLECTORS CLUB INC.,

                            Defendants.
-----------------------------------------------------------------X

Case No. 22-cv-07669-JMF-RWL

**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action by plaintiff against defendants are hereby voluntarily dismissed with prejudice and without costs.

Dated: New York, New York
         March 21, 2023

MARK KHAIMOV LAW, PLLC

By: _____
   Mars Khaimov, Esq.
   108-26 64th Avenue, Second Floor
   Forest Hills, New York 11375
   (929) 324-0717
   mars@khaimovlaw.com
   *Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
   Peter T. Shapiro, Esq.
   77 Water Street, Suite 2100
   New York, NY 10005
   (212) 232-1300
   peter.shapiro@lewisbrisbois.com
   *Attorneys for Defendants*

SO ORDERED:

_____
        U.S.D.J.
   JESSE M. FURMAN

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

March 21, 2023

80170031.1